UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: **THERESA CARRROLL BUCHANAN**

## MOTION HEARING

Date: 5/29/15
Start: 10:03
Finish: 10:04
Reporter: FTR
Deputy Clerk: Tina Fitzgerad

Civil Action Number: 14cv1477

Malibu Media LLC

vs.

Doe

Appearance of Counsel for ( X ) Plaintiff   (   ) Defendant

Motion for Default Judgment DE #19

\* No one present for Defendant

( X ) Matter is Uncontested and Taken Under Advisement

Argued &

(   ) Granted (   ) Denied (   ) Granted in part/Denied in part
(   ) Taken Under Advisement   (   ) Continued to

_____
_____
_____

( X ) Report and Recommendation to Follow

(   ) Order to Follow